UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESSIE SEYMOUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24 CV 55 JMB |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Lessie Seymour's Motion for Appointment of Alternative Dispute Resolution Pro Bono Limited Scope Counsel (Doc. 30). This Court initially appointed attorney Nancy Mogab who has since indicated that she is unable to participate in this case.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to Eastern District of Missouri Local Rule 12.01(I) and 6.02(D), attorney Stephen Frederick Gerring of The Gerring Law Firm, (314) 222-0066, is **APPOINTED** to represent Lessie Seymore (contact information available to counsel from the Clerk's Office) in this matter for the limited purpose of providing legal advice and representation, without compensation, in preparation for and during the course of mediation. Ms. Mogab must file a Limited Representation Appearance (see Limited Representation Appearance Pursuant to Local Rule 6.02(D) form, www.moed.uscourts.gov, Attorneys, ADR, Forms) confirming counsel's consent to serve without fee for the limited purpose of assisting in the Alternative Dispute Resolution process ordered for this case. Plaintiff must sign the entry of appearance as an indication of his/her consent and understanding of the

nature of the limited scope of representation.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a complete copy of the court file to Plaintiff's appointed counsel at no cost. The Court-appointed representation will terminate, and appointed counsel will have no further obligation to advise or otherwise appear on behalf of Plaintiff, when the ADR process is concluded, and any resulting settlement agreement is executed.

This matter currently has an ADR completion deadline of September 10, 2024 and an ADR compliance Report Deadline of September 24, 2024. Once counsel enters her limited appearance, those deadlines may be extended upon motion.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of August, 2024